AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

CHARLES H. BAX,

      Plaintiff,                JUDGMENT IN A CIVIL CASE
V.

                                   CASE NUMBER: **3:07-CV-00570-ECR-RAM**

RICHARD A. GAMMICK, et al.,

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** with prejudice for failure to state a claim.


  April 16, 2008                                          **LANCE S. WILSON**
                                                                 Clerk

                                                      /s/ Katie Lynn Ogden
                                                               Deputy Clerk